# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

MARON JACKSON,         **Civil File No. 09-2102-JWL/DJW**

    Plaintiff,

vs.         **NOTICE OF DISMISSAL WITH PREJUDICE**

NATIONAL ENTERPRISE SYSTEMS, INC.,

    Defendant.

    **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

Dated: _04/29/09_         __/s/ J. Mark Meinhardt___
                                              J. Mark Meinhardt #20245
                                              4707 College Boulevard, Suite 100
                                              Leawood, KS 66211
                                              913-451-6163
                                              Fax 913-451-6163